**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1739**

———————

STARSHA M. SEWELL,

             Plaintiff – Appellant,

      v.

FIDELITY NATIONAL FINANCIAL, INC.,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:16-cv-00906-DKC)

———————

Submitted:  October 4, 2016        Decided:  October 6, 2016

———————

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Starsha Sewell, Appellant Pro Se.  Michael William Tompkins,
FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders denying relief on her civil action for failure to state a claim, denying her motion for reconsideration, and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Fidelity Nat'l Inc., No. 8:16-cv-00906-DKC (D. Md. Apr. 18, 2016; May 11, 2016; June 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED